1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Henry J. Jacques,<br><br>        Plaintiff,<br><br>    v.<br><br>Prudential Insurance Company of America, Short Term Disability Plan for Employees of Rain Bird Corporation, Long Term Disability Plan for Employees of Rain Bird Corporation, Rain Bird Corporation,<br><br>        Defendants. | No.  CV-11-2162-PHX-GMS<br><br>**ORDER** |

Pursuant to the parties Stipulated Motion to Dismiss Case with Prejudice (Doc. 26),

**IT IS HEREBY ORDERED** dismissing this case, with each side to bear its own

attorneys' fees and costs.

Dated this 25th day of July, 2012.

_H. Murray Snow_
G. Murray Snow
United States District Judge

1